UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE FELLOWS,<br><br>Plaintiff,<br><br>v.<br><br>WEAKS, et al.,<br><br>Defendant. | No.  2:25-cv-00439-DAD-AC<br><br>ORDER GRANTING DEFENDANTS'<br>MOTION TO SEVER<br><br>(Doc. No. 12) |

On June 5, 2025, defendants filed a motion to sever.  (Doc. No. 12.)  On June 19, 2025, plaintiff filed a statement of non-opposition to the motion.  (Doc. No. 13.)  In light of plaintiff's statement of non-opposition, the court will grant defendants' motion.  *See San Francisco Tech., Inc. v. Aero Prods. Int'l, Inc.*, No. 5:10-cv-02994-JF-PSG, 2011 WL 1044856, at *5 (N.D. Cal. Mar. 22, 2011) ("SF Tech has filed a statement of non-opposition to all motions for severance and transfer.  Accordingly, the motions will be granted."); *Faria v. Dollar Tree Stores, Inc.*, No. 17-cv-07544-JAK-JEM, 2018 WL 6262880, at *3 (C.D. Cal. Feb. 15, 2018) ("Notwithstanding these limitations, in light of Plaintiffs' non-opposition to the Motion, the request to sever is **GRANTED**.").

Accordingly,

1.    Defendants' motion to sever (Doc. No. 12) is GRANTED;

/////

1

2.      Plaintiff's first claim for excessive use of force in violation of her Fourteenth Amendment rights and 42 U.S.C § 1983 brought against defendants Weaks, Rowmano, Guerrero, and Does 1–25 is SEVERED from this action;

3.      Defendants Weaks, Rowmano, Guerrero, and Does 1–25 are DISMISSED from this action;

4.      The Clerk of the Court is DIRECTED to assign a new case number to the Fourteenth Amendment excessive use of force claim brought against defendants Weaks, Rowmano, Guerrero, and Does 1–25, and in particular:

       a. The filings from this case (No. 2:25-cv-00439-DAD-AC) shall be included on the docket in the newly opened civil case;

       b. The filing fee for the new civil case is waived in accordance with Rule 21 of the Federal Rules of Civil Procedure;

5. The Clerk of the Court is directed to update the docket to reflect that defendants Weaks, Rowmano, and Guerrero have been TERMINATED as named defendants in this action; and

6. The Initial Scheduling Conference is hereby RESET to February 9, 2026 at 1:30 p.m. before District Judge Dale A. Drozd by Zoom. The parties shall file a joint scheduling report by no later than January 26, 2026.

IT IS SO ORDERED.

Dated:   **December 18, 2025**              _Dale A. Drozd_

                                        DALE A. DROZD
                                        UNITED STATES DISTRICT JUDGE